UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AFFLINK, INC.,

       Plaintiff

CASE NO. 03-CV-71243
HON. PAUL D. BORMAN

V

K&B CAPITAL, LLC., LL NATIONAL,
INC., AND AMARI GROUP,

       Defendants.
_____/

## ORDER VACATING AUGUST 27, 2007 OPINION AND ORDER GRANTING PLAINTIFF ATTORNEY FEES , AND CLOSING CASE

This matter initially came to be heard upon the joint motion of the parties pursuant to Fed. R. Civ. P. 60(b), as contemplated in First National Bank of Salem, Ohio v Hirsch, 535 F. 2d 343 (6th Cir. 1976), asking this Court to enter its Order indicating its inclination to vacate its August 27, 2007 Opinion and Order Granting Plaintiff Attorney Fees Due to Defense Counsel's Conduct in Violation of 28 U.S.C. §1927, and closing the case. On January 22, 2008, this Court indicated that it was disposed to grant the parties' Motion brought pursuant to Fed. R. Civ. P. 60(b), if the case were remanded to this Court by the Court of Appeals for the Sixth Circuit. The Court of Appeals for the Sixth Circuit remanded this case to this Court on February 11, 2008. The matter is now before the Court upon the parties' Joint Motion pursuant to Rule 60(b) for entry of this Court's Order vacating its August 27, 2007 Opinion and Order Granting Plaintiff Attorney Fees Due to Defense Counsel's Conduct in Violation of 28 U.S.C. §1927, and closing the case.

The Court finds entry of this Order appropriate under the circumstances. Accordingly,

**IT IS HEREBY ORDERED** that this Court's August 27, 2007 Opinion and Order Granting Plaintiff Attorney Fees Due to Defense Counsel's Conduct in Violation of 28 U.S.C. §1927 is VACATED, and this case is closed.

S/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: February 29, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 29, 2008.

S/Denise Goodine
Case Manager